1

```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION
                  Case 07-21512-CIV-ALTONAGA

GREAT LAKES REINSURANCE

          Plaintiff,
                                       MIAMI, FLORIDA
     vs.

                                       SEPTEMBER 28, 2007
STEVEN POMARICO and
DENNIS DODSON,

          Defendants.
_____

                  TRANSCRIPT OF ORAL ARGUMENT
               BEFORE THE CECILIA M. ALTONAGA,
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:
                         JONATHAN SKIPP, ESQ.
                         Horr Novak & Skipp, P.A.
                         9100 South Dadeland Blvd., Ste. 1104
                         Miami, FL 33156 - 305.670.2525
                         Email:  jonathans@admiral-law.com

FOR THE DEFENDANT:
                         MICHAEL R. KARCHER, ESQ.
                         Karcher Canning & Karcher
                         2455 East Sunrise Boulevard, Ste. 201
                         Fort Lauderdale, FL 33304
                         954.566.2330
                         Email:  mrk@ukandk.com

REPORTED BY:
                         BARBARA MEDINA
                         Official United States Court Reporter
                         Federal Courthouse Square, Ste. 404
                         301 North Miami Avenue
                         Miami, FL  33128-7792    305.523.5518
                                         (Fax) 305.523.5519
                         Email:  barbmedina@aol.com
```

FILED by _____ D.C.
APPEALS
NOV 1 4 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI